SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JULIE ZATZ (Cal. Bar No. 155560)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7349
    Facsimile: (213) 894-7819
    E-mail: Julie.zatz@usdoj.gov

Attorneys for Defendant United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| STEVEN R. RODGERS, et al., | No. 2:16-cv-03484 JFW(ASx) |
| Plaintiffs, | ORDER RE DISMISSAL |
| – v. – | |
| UNITED STATES OF AMERICA, et al. | |
| Defendant. | |

IT IS HEREBY ORDERED that the above caption-action be dismissed with prejudice, each side to bear its own costs, fees and expenses.

Dated: April 25, 2017

_____
HON. JOHN F. WALTER
United States District Judge

1